JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DIANA SUTTLES, | Case No.: 2:23-cv-01221-AB-E |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| TRANSUNION, LLC, et. al. | |
| Defendants. | |

[PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant TD Bank, N.A. is DISMISSED with prejudice, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 14, 2023

Hon. André Birotte Jr.
U.S. District Judge

1
[PROPOSED] ORDER